# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RAYMOND W. STRAIGHT,**

    **Plaintiff,**

v.

**ANGELA L. STEARNS,**

    **Defendant.**

:

:

**Case No. 2:22-cv-3789**
**Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the December 1, 2022 Report and Recommendation issued by the Magistrate Judge. (ECF No. 5.) The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to assert any claim upon which relief may be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 5) and **DISMISSES** the Complaint (ECF No. 4).

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**